**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     *Donald E. Spencer v. GC Services Limited Partnership and Ross, Banks, May, Cron & Cavin, P.C.*

Appellate case number:   01-12-00159-CV

Trial court case number:  2010-83448

Trial court:             270th District Court, Harris County, Texas

Date motion filed:        May 22, 2013

Party filing motion:      Appellant

It is ordered that the motion for rehearing is **(X) DENIED (  ) GRANTED.**

Judge's signature: /s/ Evelyn V. Keyes
                 ☐ Acting individually    ☑ Acting for the Court

Panel consists of:  Justices Keyes, Sharp, and Huddle

Date:  June 13, 2013